**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jaime MORENO, Defendant-Appellant.**

**No. 17-30095**

United States Court of Appeals,
Ninth Circuit.

Submitted February 13, 2018 *

Filed February 16, 2018

Lori Anne Harper Suek, Leif Johnson, Tim Tatarka, Assistant U.S. Attorneys, Office of the US Attorney, Billings, MT, for Plaintiff-Appellee

Jaime Moreno, Pro Se

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

MEMORANDUM \*\*

Jaime Moreno appeals pro se from the district court's denial of his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We have jurisdiction under 28 U.S.C. § 1291. Reviewing de novo, *see United States v. Leniear*, 574 F.3d 668, 672 (9th Cir. 2009), we affirm.

In the district court, Moreno moved for a sentence reduction in light of *Johnson v. United States*, —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015). The district court correctly concluded that this claim does not provide a basis for relief under section 3582(c)(2). *See Dillon v. United States*, 560 U.S. 817, 824-26, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010) (section 3582(c)(2) does not authorize a resentencing proceeding, but rather authorizes the district court to modify a sentence in the "limited circumstance[ ]" where a defendant who was sentenced based on a sentencing range that was subsequently lowered).

On appeal, Moreno raises several new arguments, including claims challenging his conviction under 18 U.S.C. § 924(c), the effectiveness of his trial counsel, and the length of his sentence. These claims are not properly before us, *see United States v. Antonakeas*, 255 F.3d 714, 721 (9th Cir. 2001), and are outside the scope of a section 3582(c)(2) motion, *see Dillon*, 560 U.S. at 831, 130 S.Ct. 2683.

To the extent Moreno seeks to recall the mandate in one of his previous appeals,

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

that request may not be raised in this appeal.

. **AFFIRMED.**

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Yarbrough's request to submit this case on the briefs is, therefore, granted.

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.